# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3075
_____

H.C.B., mother of J.N.D., minor
child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James P. Nilon, Judge.

April 13, 2018

PER CURIAM.

    AFFIRMED.

LEWIS, ROBERTS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

John M. Stokes, Stokes Law Firm, LLC, Gainesville, for Appellant.

Ward L. Metzger, Department of Children and Families, Jacksonville, for Appellee.